MARIE E. SMITH, Respondent, *v.* BERNARD TOBIAS, Appellant.
Submitted June 7, 1943; decided June 11, 1943.

*Henry A. Friedman* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order does not finally determine the action within the meaning of the Constitution. (See 290 N. Y. 862.)